DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115

**Attorney for Defendants County of Santa Cruz
and Steve Robbins**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC VALDIVIA,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; STEVE ROBBINS; TEN UNKNOWN CORRECTIONAL OFFICERS; TEN UNKNOWN OTHER COUNTY EMPLOYEES,<br><br>      Defendants. | Case No. C08 00916 HRL<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

Defendants County of Santa Cruz and Steve Robbins hereby decline to consent to the assignment of

this case to a United States Magistrate Judge for trial and disposition and hereby request the

reassignment of this case to a United States District Judge.


Dated:  February 20, 2008                    DANA McRAE, COUNTY COUNSEL


                                                    By:  _____/S/_____
                                                              JASON M. HEATH
                                                              **Assistant County Counsel**
                                                              **Attorneys for Defendants County of Santa
                                                              Cruz and Steve Robbins**