**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Issac Valdivia,<br><br>    Plaintiff,<br><br>  v.<br><br>County of Santa Cruz, et.al,<br><br>    Defendants.<br>_____/ | No. C08-00916<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for June 3, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **June 6, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on May 29, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: February 21, 2008                                          RICHARD W. WIEKING, Clerk
                                                                                    United States District Court

                                                                                     /s/ *Patty Cromwell*
                                                                                    By: Patty Cromwell, Courtroom Deputy
                                                                                    to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Jason Michael Heath   Jason.Heath@co.santa-cruz.ca.us, csl026@co.santa-cruz.ca.us

Aaron Lodge   alodge@teachjustice.com

Kate Wells   lioness@got.net