UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

February 21, 2008

**CASE NUMBER: CV 08-00916 HRL**
**CASE TITLE: ISAAC VALDIVIA-v-COUNTY OF SANTA CRUZ,ET.AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 02/21/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                         Entered in Computer 02/21/08 tsh

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                 Transferor CSA