# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

FILED

2008 FEB 26 P 4: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ISAAC VALDIVIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

COUNTY OF SANTA CRUZ; STEVE ROBBINS;
TEN UNKOWN CORRECTIONAL OFFICERS;
TEN UNKOWN OTHER COUNTY EMPLOYEES

**C08   00916   HRL**

TO: (Name and address of defendant)

COUNTY OF SANTA CRUZ; STEVE ROBBINS;
701 Ocean Street,
Santa Cruz, CA 95060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Aaron Lodge, Esq.; Kate Wells Esq.
1414 Soquel Avenue, Suite 212
Santa Cruz, CA  95062

an answer to the complaint which is herewith served upon you, within  30    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE   FEB 1 3 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | Feb. 15, 2008 |

| Name of SERVER | | TITLE |
|---|---|---|
| Aaron Lodge | | ESP. |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 701 Ocean ST, Santa Cruz, CA.
Linda accepted on behalf of Sheriff.
Cheryl accepted on behalf of County.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

※ Both Sheriff and County were also Served with all accompanying documents That The district court issued with The Summons.

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    Feb. 15, 2008
                    *Date*

*Signature of Server*

1414 Soquel ave. Ste 212
*Address of Server*    Santa Cruz,
                            CA 95062

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure