## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 9, 2008
**Case Number:** CV-08-916-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        ISAAC VALDIVIA   V. COUNTY OF SANTA CRUZ, ET AL

PLAINTIFF                                        DEFENDANT

Attorneys Present:                               Attorneys Present:

---

PROCEEDINGS:
  Hearing on Motion to Dismiss held.  There are no appearances.  The motion is taken off calendar.