**E-filed 5/12/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**VALVIDIA,**

    Plaintiff,

     v.

**COUNTY OF SANTA CLARA,**

    Defendant.
_____

No. C-08-916-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Case Management Conference currently scheduled for June 6, 2008. The new hearing date is Friday, June 27, 2008 to be heard immediately following the Motion to Dismiss, currently scheduled for the same date. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 5/12/08                           For the Court,
                                                Richard W. Wieking, Clerk

                                                Diana Munz
                                                electronic signature
                                                Courtroom Deputy