DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115

**Attorney for Defendants County of Santa Cruz and Steve Robbins**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ISAAC VALDIVIA,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; STEVE ROBBINS; TEN UNKNOWN CORRECTIONAL OFFICERS; TEN UNKNOWN OTHER COUNTY EMPLOYEES,<br><br>  Defendants. | Case No. C08 00916 JF<br><br>**DEFENDANT STEVE ROBBINS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(Civil Local Rule 3-16)** |
|---|---|

  Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, the undersigned is aware of no non-party interested entity or person to disclose in this case.

Dated: May 23, 2008       DANA McRAE, COUNTY COUNSEL

             By: _____/S/_____
               JASON M. HEATH
               **Assistant County Counsel**
               **Attorneys for Defendants County of Santa Cruz and Steve Robbins**