1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Valdivia,

              Plaintiff(s),

   v.

County of Santa Clara,

              Defendant(s).

08-00916 JF

**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**

      The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: June 12, 2008

9                                        RICHARD W. WIEKING
                                         Clerk
10                                       by:    Timothy J. Smagacz

11                                       Timothy Smagacz

12                                       ADR Administrative Assistant
                                         415-522-4205
13                                       Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

Case Name:          Valdivia v. County of Santa Clara

Case Number:        08-00916 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On June 12, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kate Wells
> Attorney at Law
> 2600 Fresno St.
> Santa Cruz, CA 95062
> lioness@got.net
>
> Aaron Lodge
> Attorney at Law
> 1414 Soquel Avenue
> Suite 212
> Santa Cruz, CA 95062
> alodge@teachjustice.com
>
> Jason Michael Heath
> Office of the County Counsel
> 701 Ocean Street, Room 505
> Santa Cruz, CA 95060
> Jason.Heath@co.santa-cruz.ca.us
>
> Ten Unknown Correctional Officers

Ten Unknown Other County Employees
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 12, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov