DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115

**Attorney for Defendants County of Santa Cruz and Steve Robbins**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC VALDIVIA,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; STEVE ROBBINS; TEN UNKNOWN CORRECTIONAL OFFICERS; TEN UNKNOWN OTHER COUNTY EMPLOYEES,<br><br>  Defendants. | Case No. C08 00916 JF<br><br>**DEFENDANT COUNTY OF SANTA CRUZ'S ADR CERTIFICATION** |

Pursuant to Civil Local Rules 16-8(b) and 3-9(c), and ADR Local Rule 3-5(b), the undersigned certifies on behalf of defendant County of Santa Cruz that he has read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" and considered whether this case might benefit from the available dispute resolution options provided by the Court and private entities.

Dated:  June 17, 2008            DANA McRAE, COUNTY COUNSEL


                     By:    /S/
                            JASON M. HEATH
                            **Assistant County Counsel**
                            **Attorneys for Defendants County of Santa Cruz and Steve Robbins**