KATE WELLS, CSB# 107051
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile:  (831) 479-4476
Email: lioness@got.net

AARON LODGE, CSB #220670
1414 Soquel Avenue, Suite 212
Santa Cruz, California 95062
Telephone: (831) 600-3030
Facsimile: (831) 603-4300
Email: alodge@teachjustice.com

**Attorneys for Plaintiff, Isaac Valdivia**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### E FILING CASE

| | |
|---|---|
| ISAAC VALDIVIA,                               ) | **CASE NO. C08-00916 JF** |
| )| |
| Plaintiff,                      ) | **PLAINTIFF'S ADR** |
| ) | **CERTIFICATION** |
| ) | |
| ) | |
| vs.                            ) | |
| ) | |
| COUNTY OF SANTA CRUZ; STEVE    ) | |
| ROBBINS; TEN UNKNOWN           ) | |
| CORRECTIONAL OFFICERS; TEN     ) | |
| UNKNOWN OTHER COUNTY           ) | |
| EMPLOYEES,                     ) | |
| ) | |
| Defendants.               ) | |
| ———————————————————) | |

Pursuant to Civil Local Rules 16-8(b) and 3-9(c), and ADR Local Rule 3-5(b), the undersigned certifies on behalf of plaintiff Isaac Valdivia that she has read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" and considered whether this case might benefit from the available dispute resolution options provided by the Court and private entities.

Dated:  June 18, 2008

_____
/s/
KATE WELLS
Attorney for Plaintiff, ISAAC VALDIVIA