UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, June 27, 2008
**Case Number:** CV-08-916-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | ISAAC VALDIVIA   V. COUNTY OF SANTA CRUZ, ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present:** Kate Wells, Aaron Lodge | **Attorneys Present:** Jason Heath |

PROCEEDINGS:

    Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.  The case management conference is continued to 9/5/08 at 10:30 a.m.