UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, September 5, 2008
**Case Number:** CV-08-916-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      ISAAC VALDIVIA   V. COUNTY OF SANTA CRUZ, ET AL

                    PLAINTIFF                                            DEFENDANT

Attorneys Present:  Kate Wells, Aaron Lodge         Attorneys Present:  Jason Heath

---

PROCEEDINGS:

Further case management conference held. Parties are present. The case is referred to court mediation, to occur by 1/9/09. Continued to 1/9/09 at 10:30 a.m. for further case management conference.